# FRANKLIN COUNTY
# COURT OF COMMON PLEAS

Kyle Rohrig

6406 S. 10th ST

APT 502

Tacoma, WA 98465

        Plaintiff,

**Case Number:** _____

**Judge:** _____

V.

City of Westerville

(Actions of Westerville Police Dept.

And Prosecutors office)

21 S State ST,

Westerville, OH 43081

        Defendant.

## COMPLAINT

    Now comes Plaintiff, Kyle Rohrig, seeking a complaint against the City of Westerville for Police Misconduct, Malicious Prosecution, Failure to Intervene, and attempted False Arrest/Imprisonment as of the following:

1.Police Misconduct x2: In April 2019, Police Officer Nightngale called Plaintiff saying Plaintiff violated the CPO against him but Officer Nightngale failed to do a proper investigation because he said the Plaintiff had sent a Subpoena only in the mail which was not true. Plaintiff explained there was more than the Subpoena in the mail because Plaintiff had sent a Motion to Modify with

**EXHIBIT 1**

Case: 2:20-cv-00859-MHW-CMV Doc #: 2 Filed: 02/14/20 Page: 2 of 3 PAGEID #: 20
Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Jan 24 4:16 PM-20CV000736
0F016 - B38

it in which Magistrate Judge Pamela Erdy said in Rohrig v. Rohrig CPO, she stated that the Plaintiff did nothing wrong when he mailed that. So, Officer Nightngale threatened to come arrest Plaintiff on false information and improper investigation. Megan Stark went to them again due to Facebook messages sent by Plaintiff to get him charged with violating CPO against him. Officer Ruth and Westerville's Prosecutors went and got a warrant for Plaintiff's arrest. Improper investigation because they never asked if she did anything to provoke such behavior and failed to arrest Megan Stark even though the countless phone calls from Plaintiff to Police Dept. and City Staff.

Malicious Prosecution: Prosecutor's office has failed to contact on several occasions due to the fact Plaintiff sued the Westerville Police Dept. and Plaintiff only lost due to suing the Police Dept. not the City of Westerville. Westerville Police also did not take this kindly as well failed to mention Megan Stark has friends in the Police Dept. while accusing Plaintiff of trying to ruin a dead police officers good name that Megan Stark brought into the case not the Plaintiff.

Failure to Intervene: Plaintiff has personally walked into Westerville's Police office to talk to the Sergeant in Charge the first time with the Officer Nightngale incident, so the police office knows me and the situation and did nothing to protect Plaintiff's rights when going to get a warrant for his arrest.

Attempted False Arrest/Imprisonment: The City of Westerville got a warrant out for Plaintiff's arrest and the only reason Plaintiff is not in jail is because Plaintiff moved to Washington State in July of 2019 in which Megan Stark and her entire group of friends knew about because she is also friends with Plaintiff Father who made Facebook post about it.

Now comes Plaintiff, Kyle Rohrig, seeking one-three million dollars due to the disregard of the City of Westerville Officials and Police Officers with all taxes of it paid for by the City of Westerville since the Plaintiff is saving them Lawyer fees by being Pro Se. Also, Plaintiff asks that all fees from Rohrig v. Police Dept. of Westerville be paid for by the Defendant too. This number comes from Storm Daniels v. City of Columbus for similar charges and was giving close to $500,000 for just false arrest.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Jan 24 4:16 PM-20CV000736

0F016 - B39

Respectfully submitted,

/s/Kyle Rohrig

Kyle Rohrig

6406 S 10th ST

APT 502,

Tacoma, WA 98465

(360)340-0516

Krohrig6@gmail.com